UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANK ORR,

        Plaintiff,

v.

HERNANDEZ, et al.,

        Defendants.

NO. CV-08-0472-JLQ

**ORDER PERMITTING PLAINTIFF TIME TO SUBMIT STATEMENT OF TRUST ACCOUNT**

The court is in receipt of Plaintiff's letter (Ct. Rec. 17) which requests that he be allowed to send in his trust account statement when he receives it. The court can not rule upon the Plaintiff's application to proceed in forma pauperis ("IFP") until it has a complete application, including the certified statement of trust account covering the previous six month period. Plaintiff shall file such statement as soon as it is received. Plaintiff should be advised that the court can not direct service of the Complaint until the IFP request is ruled upon.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff and counsel for Defendants.

Dated August 27, 2009.

                      s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1