IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FRANK ORR,

    Plaintiff,

v.

HERNANDEZ, et al.,

    Defendants.

NO. CV-08-0472-JLQ

**ORDER DENYING MOTION AND REQUEST FOR APPOINTMENT OF COUNSEL**

On September 24, 2009, Plaintiffs' motion for appointment of counsel (Ct. Rec. 20) which was filed along with a letter to the undersigned requesting legal assistance and informing the court of several matters.

As the court stated in its previous order, there is no constitutional right to appointed counsel in this action and the court cannot require an attorney to represent Plaintiff. Though the court understands the Plaintiff's desire for assistance, without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. Plaintiff informs the court in his letter that he believes evidence pertaining to his claims has been taken out of his file and that his improper housing assignments are an example of retaliation against him for this lawsuit. The court has determined that the present case does not meet the required exceptional circumstances and the complaints described by Plaintiff do not change this determination. However, the court will continue to evaluate the circumstances of the case and Plaintiff's request for counsel as the case proceeds.

ORDER - 1

For the foregoing reasons, Plaintiff's Motion for the Appointment of Counsel **(Ct. Rec. 20)** and letter requesting legal assistance **(Ct. Rec. 21)** are **HEREBY DENIED**, without prejudice.

**DATED** this 21st day of October 2009.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2