UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANK ORR,

    Plaintiff,

v.

HERNANDEZ,

    Defendant.

NO. CV-08-472-JLQ

**ORDER TO SHOW CAUSE**

    On October 22, 2009, the court ordered the U.S. Marshals Service to serve Defendant's counsel with the summons, the Amended Complaint, the Order directing service, and a request for waiver of service. The court's Order directed the Defendant to file an Answer or otherwise respond to Plaintiff's Amended Complaint within sixty days after mailing (if service is waived) or forty-five (45) days if service is not waived. It appears from the court record that defense counsel received the court's Order Directing Service electronically on October 22, 2009. No waiver of service or Answer has been filed to date.

    The Defendant is hereby directed to **SHOW CAUSE** on or before **JANUARY 15, 2010**, why an Order of default and default judgment should be entered against the Defendant for his failure to timely file an Answer or other response to the Amended Complaint.

ORDER - 1

1 | **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order
2 | and provide a copy to Plaintiff and counsel for the Defendant.
3 | Dated January 5, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE