UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ORR,<br><br>          Plaintiff,<br><br>     v.<br><br>ADRIANA HERNANDEZ,<br><br>          Defendant. | NO. CV-08-472-JLQ<br><br>**ORDER** |

On January 12, 2010, the Defendant responded to the court's January 6, 2010 Order to Show Cause. Ct. Rec. 28. The court need not "withdraw" the Order to Show Cause as requested by the Defendant, as the purpose of a show cause order is to gather information to determine whether further action is necessary. Defense counsel has informed the court that service was not effectuated until January 5, 2010, despite the court's October 22, 2009 Order directing the U.S. Marshals to mail the relevant documents to defense counsel within *ten days* of the Order. Also, the Marshals have yet to file the apparently signed Waiver of Service.

Defendant's Answer shall be due no later than February 12, 2010, but should be filed as promptly as possible so this case may proceed without further delay.

//////

//////

ORDER - 1

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide a copy to the U.S. Marshals Service, to Plaintiff and counsel for the Defendant.

Dated this 19th day of January, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE