UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANK ORR,

    Plaintiff,

v.

ADRIANA HERNANDEZ, et al.,

    Defendants.

NO. CV-08-472-JLQ  (PC)

**ORDER ON MOTION FOR LEAVE TO AMEND**

On May 3, 2010, Plaintiff filed a Second Amended Complaint. Attached as Exhibit A, was a Motion for Leave to File an Amended Complaint. Ct. Rec. 35. All motions and related filings must be filed as separate documents (not as exhibits) to ensure all parties and the court are notified of the motion. The court will construe Ct. Rec. 35 as a Motion for Leave to File an Amended Complaint, with the main document, the Second Amended Complaint, as the proposed amendment. As the deadline for amending the pleadings has been set at May 26, 2010, the court expedites the briefing schedule and the date the motion will be submitted. Defendants shall respond to the Motion To Amend (per L.R. 72-230(l)) on or before **May 19, 2010.** If a response is filed, Plaintiff may file a reply no later than **May 31, 2010**. This matter will be deemed submitted when the reply is filed, or **May 31, 2010**, whichever comes first.

The Clerk shall file this Order and forward copies to Mr. Orr and to counsel for the Defendants.

Dated this 5th day of May, 2010.

                  s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 2