UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK ORR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, et al.,<br><br>　　　　　Defendants. | NO. CV-08-0472-JLQ<br><br>**ORDER RE: CT. REC. 50** |

　　Court Record 50 was incorrectly docketed as a Motion. The document is a discovery request directed to Defendants not a Motion for court determination. Plaintiff should serve and not file such discovery requests.

　　The Clerk of the Court shall terminate the Motion at Ct. Rec. 50.

　　IT IS SO ORDERED.

　　Dated September 11, 2010

　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　JUSTIN L. QUACKENBUSH
　　　　SENIOR UNITED STATES DISTRICT JUDGE