UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK ORR,<br><br>            Plaintiff,<br><br>   v.<br><br>HERNANDEZ, et al.,<br><br>            Defendants. | NO. CV-08-0472-JLQ<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

**BEFORE THE COURT** is Plaintiff's sixth Motion for the Appointment of Counsel (ECF. No. 63). Plaintiff indicates in this request that he believes, without counsel, the Defendants will not produce information requested by Plaintiff. The court understands that any pro se litigant "would be better served with the assistance of counsel." *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997). However, so long as a pro se litigant, like Plaintiff in this case, is able to "articulate his claims against the relative complexity of the matter," the "exceptional circumstances" which might require the appointment of counsel do not exist. *Id*. As Plaintiff has already done so in this case, he understands that he can file a motion to compel requesting the court require Defendants produce relevant discoverable information. The Motion for Appointment of Counsel (ECF No. 63) is **DENIED.**

    DATED this 11th day of April 2011.

                                        s/ Justin L. Quackenbush
                                 JUSTIN L. QUACKENBUSH
                      SENIOR UNITED STATES DISTRICT JUDGE