UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANK ORR,

           Plaintiff,

vs.

ADRIANA HERNANDEZ, et al.,

           Defendant.

No. CV-08-472-JLQ

ORDER RE: PLAINTIFF'S MAY 27, 2011 REQUEST TO THE COURT

ACTION BY PLAINTIFF REQUIRED REGARDING CURRENT ADDRESS

On May 27, 2011, the court received a letter from Plaintiff. This letter is intended to address the concerns raised therein.

**1. Mailing Address**

It is Plaintiff's duty to keep the court informed of a current address at all times while an action is proceeding. Local Rule 83-182(f) and 83-183(b). On April 14, 2011, Plaintiff wrote a letter to the court indicating he had been transferred "two miles from the Mexico boarder" and states "well this is my new address I don't feel safe here." However, the letter nowhere provides the court with the actual address. Plaintiff complains in his most recent letter to the court that legal mail continues to be sent to Kern Valley State Prison, instead of where he presently is housed at "San Diego RJD." Plaintiff's failure to provide the court with his new address explains why court and Defendant's mail continues to go to Kern Valley State prison. In order to attempt to have this Order reach Plaintiff, the court will

ORDER - 1

direct a copy be mailed to an address obtained by the court for Richard J. Donovan Correctional Facility at P.O. Box 799002, San Diego, CA 92179.  <u>The address of record for Plaintiff shall, however, remain Kern Valley until Plaintiff files a proper Notice informing the court and opposing counsel of his current address.</u>

**2. Complaints Regarding Conditions of Confinement**

Plaintiff has included in his letter various grievances regarding the conditions of his current confinement which are unrelated to his claims asserted in the Second Amended Complaint.  They concern his placement in administrative segregation (due to the presence of a "confidential enemy" housed at the facility) and his attempts to receive his "legal work from his property" and to access a library.  Plaintiff states he is without what he needs to show him "how to do legal work" or "how to start a motion."

Upon confirmation of Plaintiff's current address, the court can provide the Plaintiff with a copy of the local rules of practice, which along with the Federal Rules of Civil Procedure, govern the litigation process and will inform Plaintiff regarding the rules of motion practice.   However, the court can only adjudicate claims which are included in a properly pleaded complaint.  Plaintiff's grievances set forth in his May 27, 2011 letter, including those concerning access to property, should be initiated and exhausted under California's prisoner grievance process at his current housing location.

**3. Defendant's Motions**

Plaintiff's letter also addresses his concerns regarding Defendant's conduct in regards to effectuating service upon Sgt. Medina and the John Doe Defendants, as well as Defendant's Motion to Vacate the Scheduling Order.  These concerns have been addressed by the court in separately entered orders.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, provide a copy to counsel for Defendant Hernandez and copies to Plaintiff – one directed to his current address of record and another directed to him at Richard J. Donovan Correctional

ORDER - 2

1  Facility at P.O. Box 799002, San Diego, CA 92179.   Upon confirmation of Plaintiff's new
2  address, the Court Executive shall provide him with a copy of the Local Rules.
3       Dated this 1st  day of June, 2011.

                              s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3