UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ORR, </br></br> Plaintiff, </br></br> vs. </br></br> ADRIANA HERNANDEZ, et al., </br></br> Defendant. | No. CV-08-472-JLQ </br></br> ORDER RE: SERVICE </br></br> U.S. MARSHAL ACTION REQUIRED |

On March 29, 2011, the court directed counsel for the Defendant and the U.S. Marshal to aid in determining the contact information for Defendant Madina and then "promptly complete service on that Defendant at the address provided." ECF 62. On April 8, 2011, defense counsel informed the court that he would provide such information to the U.S. Marshal. It is likely the Defendant's name is *Medina* not Madina.

On April 8, 2011, counsel for the Defendants filed a Notice with the court that it was advising the United States Marshal of the current address of the new Defendant Edward Medina to enable the Marshal to complete service on that Defendant. There is no indication of record that Defendant Medina has been served. **The U.S. Marshal shall promptly complete service on the Defendant Edward Medina at the address furnished him on April 8, 2011. in accordance with this court's Order filed on March 29, 2011 as ECF No. 6.**

ORDER - 1

1  **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and
2  provide two copies to Plaintiff – one to his current address on file and one to his believed
3  current location and address at <u>Richard J. Donovan Correctional Facility, P.O. Box 799002,</u>
4  <u>San Diego, CA 92179</u>. The Court Executive shall also provide copies to counsel for the
5  Defendants and the U.S. Marshal.
6  Dated this 1st day of June, 2011,

<u>s/ Justin L. Quackenbush</u>
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2