UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK ORR,<br><br>        Plaintiff,<br><br>    v.<br><br>HERNANDEZ, et al.,<br><br>        Defendants. | NO. CV-08-0472-JLQ<br><br>**ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Good cause appearing, Defendant may file Defendant's Response to the court's September 23, 2011 Order under seal, and shall do so promptly. *See* ECF No. 94 (Notice of Submission of Document Filed Under Seal). The court will review the information in camera in relation to Defendant's Response to the Court's September 23, 2011 Order.

IT IS SO ORDERED.

Dated October 18, 2011.

                        s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE