UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK ORR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADRIANA HERNANDEZ,<br><br>　　　　　Defendant. | NO. CV-08-0472-JLQ<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

　　Frank Orr, inmate # E-43874, a necessary and material witness in a settlement conference in this case on August 3, 2012, is confined in Mule Creek State Prison (MCSP), 4001 Highway 104, Ione, California, 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25 on August 3, 2012 at 9:00 a.m.

　　**ACCORDINGLY, IT IS ORDERED** that:

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman; and thereafter to return the inmate to the above institution or

ORDER - 1

other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: Warden, MCSP, P. O. Box 409099, Ione, California, 95640:

WE COMMAND you to produce the inmate named above to testify before Judge Newman, at the time and place above, until completion of the settlement conference or as ordered by Judge Newman; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 29th day of June, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2