UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK ORR,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIANA HERNANDEZ, et al,<br><br>        Defendants. | NO. CV-08-0472-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

      Pursuant to the Stipulation of the parties (ECF No. 150), the Clerk of this court shall enter judgment of dismissal with prejudice of the Second Amended Complaint (ECF No. 43) and the claims therein without costs or attorneys fees to any party.

      If not previously paid, any monies due under the settlement shall be paid forthwith.

      The Clerk of this court shall enter this Order and judgment, forward copies to Plaintiff and counsel, and **close this file**.

      **DATED** this 30th day of August 2012.

                            s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1